**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KENNETH MITCHELL** | **CIVIL ACTION NO. 25-1254** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **C. WENDELL MANNING, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Kenneth Mitchell's request for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE** to his right to pursue the relief in a separate habeas corpus proceeding after he exhausts all his state remedies.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims under Section 1983 are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

ALEXANDRIA, LOUISIANA, this 22nd day of October, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE